UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
RASHA BROWN and LLOYD
WATSON,

                **Plaintiffs,**

  -against-

TERENCE WEBER and STEVENS
TRANSPORT, INC.,

                **Defendants.**
-------------------------------------------------------X

No. 18 Civ. 9618 (NSR)

REQUEST FOR
ENTRY OF DEFAULT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/01/2022

**MEMO ENDORSED**

      Defendant Stevens Transport, Inc. requests, under rule 55(a) of the Federal Rules of Civil Procedure, that the clerk enter the default of Plaintiff Rasha Brown for her failure to answer the counterclaim.

      The counterclaim, which is included in the answer of Defendant Stevens Transport, Inc., was served on Plaintiff Rasha Brown on June 28, 2022 when the answer was filed using the court's electronic filing system. *See* Fed. R. Civ. P. 5(b)(2)(E) (service by electronic filing). Proof of service of the answer with the counterclaim is shown by the electronic filing stamp on the answer (Docket No. 40).

      Under rule 12(a)(1)(B) of the Federal Rules of Civil Procedure, Rasha Brown had 21 days within which to serve her answer to the counterclaim, which period expired on July 19, 2022 without Rasha Brown's having served her answer.

Dated: New York, New York
       July 26, 2022

                                                                               _____
Charles D. Cole, Jr.
Newman Myers Kreines Harris, P.C.
Attorneys for Defendant Stevens Transport,
   Inc.
40 Wall Street
New York, New York 10005-1335
(212) 619-4350
dcole@newmanmyers.com

**The Court DENIES Def. Stevens Transport's motion without prejudice for failure to follow my Individual Practices.** *See* Sec. 3.A.ii; Sec. 3.J., Attachment A.

**The Clerk of the Court is directed to terminate the motion on ECF No. 41.**

**Dated: August 1, 2022**
      **White Plains, NY**

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify that on July 26, 2022 the request of Stevens Transport, Inc. to enter default was served on:

> Justin Wyatt, Esq.
> Wyatt Law Firm, P.C.
> Attorneys for Plaintiffs Rasha Brown and
>   Lloyd Watson
> 49 West 37th Street, 7th Floor
> New York, New York 10018

by filing it using CM/ECF.

Dated: July 26, 2022

_____
Charles D. Cole, Jr.
Newman Myers Kreines Harris, P.C.
Attorneys for Defendant Steven Transport,
  Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
RASHA BROWN and LLOYD
WATSON,   No. 18 Civ. 9618 (NSR)

        **Plaintiffs,**

  -against-

TERENCE WEBER and STEVENS
TRANSPORT, INC.,

        **Defendants.**
-------------------------------------------------------X

### CLERK'S CERTIFICATE OF DEFAULT

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the counterclaim against Rasha Brown was served on June 28, 2022 with the filing of the answer of Stevens Transport, Inc. to the complaint [Docket No. 40].

I further certify that the docket entries indicate that plaintiff Rasha Brown has not filed an answer or otherwise moved with respect to the counterclaim. The default of plaintiff Rasha Brown on the counterclaim is entered.

Dated: New York, New York
      July __, 2022

                                          RUBY J. KRAJICK

                                          Clerk of Court

                        By: _____
                                Deputy Clerk